# UNITED STATES DISTRICT COURT

**Eastern**　　District of　　**California**

DAVID B. DECRISTOFARO,

Plaintiff

V.

COMMISSIONER OF SOCIAL SECURITY
　　Defendant

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

CASE NUMBER: 1:10-at-00819

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X　GRANTED.

　　X　The clerk is directed to file the complaint.

　　X　IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐　DENIED, for the following reasons:

ENTER this　15th　day of　October，2010．

/s/ Gary S. Austin
Signature of Judicial Officer

Gary S. Austin, U.S. Magistrate Judge
Name and Title of Judicial Officer